```
                    FILED
            CLERK U.S. DISTRICT COURT

                  DEC 1 2 2008

            CENTRAL DISTRICT OF CALIFORNIA
            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE SZAJER, ZOLTAN SZAJER, | CASE NO. CV07-07433 SVW (PLAx) |
| *Plaintiffs* | |
| vs. | [PROPOSED] JUDGMENT |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT, LOS ANGELES CHIEF OF POLICE WILLIAM BRATTON, LOS ANGELES POLICE DETECTIVE MICHAEL MERSEREAU, LOS ANGELES POLICE DETECTIVE R. TOMPKINS, LOS ANGELES POLICE DETECTIVE YADON, LOS ANGELES POLICE DETECTIVE CONRADO; and DOES 1 through 100, inclusive, | |
| *Defendants.* | |

The Motion for Summary Judgment or Partial Summary Judgment by Defendants City of Los Angeles, et al. came on regularly for hearing on September 15, 2008 before the Honorable Stephen V. Wilson. Plaintiffs were represented by Irwin Adler, Esq. Defendants City of Los Angeles, et al. were represented by Deputy City Attorney Wendy Shapero.

1     After considering the moving, opposing, and reply papers, and having heard the
2 arguments of counsel, the Court took the matter under submission.
3     On November 12, 2008, the Court issued its Order granting Defendants' Motion for
4 Summary Judgment and denying Plaintiffs' Motion to Continue the Trial Date and Extend
5 the Discovery Cut-Off Date and Motion to Join Defendants. (Document #59 in Docket)
6     Therefore, for the reasons set forth in this Court's Order granting Motion for
7 Summary Judgment, the Defendants' Motion is granted and judgment is hereby entered in
8 their favor. As the Defendants are the prevailing party, they shall be entitled to recover
9 their costs reasonably incurred in defense of this action as allowed by the Federal Rules of
10 Civil Procedure and Local Rules.

12 DATED: Dec 9, 2008      _____
13     Honorable Stephen V. Wilson
14     United States District Judge

18 Proposed By:

20 ROCKARD J. DELGADILLO, City Attorney

22 By_____
23   WENDY SHAPERO, Deputy City Attorney
*Attorneys for Defendants* CITY OF LOS ANGELES, et al.